| United States Bankruptcy Court<br>Western District of Tennessee | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kent, Michael,  W.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **6789** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**8400 Satori Drive**<br>**Millington TN** <br>ZIP CODE   **38053-4816** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Shelby** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                          Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."      ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☐ Full Filing Fee attached<br><br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Michael W. Kent |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ❏   Exhibit A is attached and made a part of this petition. | **X   Not Applicable** _____ Signature of Attorney for Debtor(s)          Date |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❏   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❏   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes.)

❏   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❏   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | Michael W. Kent |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X **/s/ Michael W. Kent**

Signature of Debtor    **Michael W. Kent**

X **Not Applicable**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**3/27/2013**
Date

**Signature of a Foreign Representative**

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/ Ben G. Sissman**

Signature of Attorney for Debtor(s)

**Ben G. Sissman  Bar No.  7689**

Printed Name of Attorney for Debtor(s) / Bar No.

**Law Office of Ben G. Sissman**

Firm Name

**Suite 3010 100 North Main Building**

Address

**Memphis, Tennessee  38103-5011**

**(901) 525-4414                    (901) 525-4416**

Telephone Number

**3/27/2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B6A (Official Form 6A) (12/07)

In re:   **Michael W. Kent**                                          Case No. _____

            **Debtor**                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **8400 Sartori Drive Millington TN owned as Tenant by the Entirety w/wife** | **Co-Tenant** | **J** | **$ 280,000.00** | **$ 289,481.00** |
| **Building and Lot Located at 204 E Liberty Ave Covington TN owned as Tenant by the Entirety w/Wife.** | | | **$ 0.00** | **$ 0.00** |
| **Garage & Parking Area located at 200 N Maple St Covington TN owned at Tenant by the Entirety w./Wife** | | | **$ 0.00** | **$ 0.00** |
| **Warehouse at 978 Highway 51 N Covington TN cowned as Tenant by the Entirety w/Wife** | **Co-Tenant** | **J** | **$ 0.00** | **$ 0.00** |
| **Warehouse Property located at 974 Highway 51 N Covington TN owned as Tenant by the Entirety w/Wife** | **Co-Tenant** | **J** | **$1,196,149.00** | **$ 0.00** |

                                                        **Total  ➢** | **$1,476,149.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Michael W. Kent** _____,   Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | J | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | | **750.00** |
| 7. Furs and jewelry. | | **Wedding Ring** | | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Pistol** | | **350.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **American Closeout Wholesale LLC 49%** <br><br> **Corporation is Defunct** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Plantation Home Outlet LLC 49 %** <br> **Corporation is in Chapter 7** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| | | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Michael W. Kent**                                                    ,        Case No. _____

Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Michael W. Kent**                                                      ,          Case No. _____
                          **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__  continuation sheets attached        Total ⬎ | | **$  3,700.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re  **Michael W. Kent** _____    Case No. _____

                                                    Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                  $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 8400 Sartori Drive Millington TN owned as Tenant by the Entirety w/wife | TCA § 26-2-301(f) | 25,000.00 | 280,000.00 |
| Cash on Hand | TCA § 26-2-103 | 100.00 | 100.00 |
| Household Goods | TCA § 26-2-103 | 2,000.00 | 2,000.00 |
| Pistol | TCA § 26-2-103 | 350.00 | 350.00 |
| Wearing Apparel | TCA § 26-2-104 | 750.00 | 750.00 |
| Wedding Ring | TCA § 26-2-103 | 500.00 | 500.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re **Michael W. Kent**                                           .            Case No. _____

                          **Debtor**                                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. x26937<br>**Ally**<br>P.O. Box 380902<br>Bloomington MN 55438 | | | **Truck**<br>_____<br>**VALUE $0.00** | | | | 15,369.51 | 0.00 |
| ACCOUNT NO.<br>**Colson Services SBA**<br>101 Barclay Street<br>8th Floor<br>New York NY 10280 | | J | **Warehouse Property located at 974 Highway 51 N Covington TN owned as Tenant by the Entirety w/Wife**<br>_____<br>**VALUE $1,196,499.00** | | | | 515,390.00 | 0.00 |
| ACCOUNT NO.<br>**First Citizens National Bank**<br>First Citizens Place<br>P.O. Box 370<br>Dyersburg TN 38025 | | | **Pool**<br>_____<br>**VALUE $0.00** | | | | 29,800.00 | 0.00 |
| ACCOUNT NO. x1939<br>**First Citizens National Bank**<br>First Citizens Place<br>P.O. Box 370<br>Dyersburg TN 38025 | | | _____<br>**VALUE $0.00** | | | | 13,500.00 | 0.00 |

6     continuation sheets
      attached

Subtotal ➢
(Total of this page)

$ 574,059.51 | $  0.00

Total ➢
(Use only on last page)

$ | $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Michael W. Kent**                                          .          Case No.  _____

                              **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  x7609 <br><br>**First Citizens National Bank** <br>**First Citizens Place** <br>**P.O. Box 370** <br>**Dyersburg TN 38025** | | | VALUE $0.00 | | | | 250,000.00 | 0.00 |
| ACCOUNT NO. <br><br>**First Citizens National Bank** <br>**First Citizens Plaza** <br>**P.O. Box 370** <br>**Dyersburg TN 38025** | | | VALUE $0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.  x3431 & x0887 <br><br>**First Data Leasing** <br>**4000 Coral Ridge Drive** <br>**Coral Springs FL 33065** | | | VALUE $0.00 | | | | 4,000.00 | 0.00 |
| ACCOUNT NO.  x6938 & x7887 <br><br>**First Data Leasing** <br>**P.O. Box 173845** <br>**Denver CO 80217** | | | **POS System - Summer Ave. location** <br><br>VALUE $0.00 | | | | 3,298.00 | 0.00 |
| ACCOUNT NO.  x3431-000 <br><br>**First Data Leasing** <br>**P.O. Box 173845** <br>**Denver CO 80217** | | | **POS System - Winchester location** <br><br>VALUE $0.00 | | | | 3,000.00 | 0.00 |

Sheet no.  1  of  6  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $    260,298.00 | $    0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Michael W. Kent** _____.      Case No. _____

                    **Debtor**                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. x4883<br>**First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217** | | | **Cordova**<br> <br>**VALUE $0.00** | | | | 0.00 | 0.00 |
| ACCOUNT NO. x1392-001<br>**First Data Leasing<br>P.O. Box 173845<br>Denver CO  80217** | | | **Bartlett location**<br> <br>**VALUE $0.00** | | | | 0.00 | 0.00 |
| ACCOUNT NO. x3431-000<br>**First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217** | | | **Brandon FL**<br> <br>**VALUE $0.00** | | | | 1,000.00 | 0.00 |
| ACCOUNT NO. x0247 & x1885<br>**First Data Leasing<br>4000 Coral Ridge Drive<br>Coral Springs FL 33065** | | | **VALUE $0.00** | | | | 0.00 | 0.00 |
| ACCOUNT NO. x1466 & x8996<br>**First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217** | | | **POS System - Shreveport LA**<br> <br>**VALUE $0.00** | | | | 8,000.00 | 0.00 |

Sheet no. _2_ of _6_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

| | |
|---|---|
| $     9,000.00 | $     0.00 |

Total ➢
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Michael W. Kent**_____.      Case No. _____

_____**Debtor**_____                                          _____(If known)_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. x6677<br><br>First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217 | | | POS System - Atoka<br><br>VALUE $0.00 | | | | 1,500.00 | 0.00 |
| ACCOUNT NO. x0713 & x7999<br><br>First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217 | | | POS System - Millington<br><br>VALUE $0.00 | | | | 8,000.00 | 0.00 |
| ACCOUNT NO. x5256 & x0999<br><br>First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217 | | | POS System - Union Avenue<br><br>VALUE $0.00 | | | | 8,000.00 | 0.00 |
| ACCOUNT NO. x5257 & x3998<br><br>First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217 | | | POS System - Little Rock AR<br><br>VALUE $0.00 | | | | 8,000.00 | 0.00 |
| ACCOUNT NO. x1465 & x7998<br><br>First Data Leasing<br>P.O. Box 173845<br>Denver CO 80217 | | | POS System - Perkins<br><br>VALUE $0.00 | | | | 8,000.00 | 0.00 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| $ | 33,500.00 | $ | 0.00 |
|---|---|---|---|

Total ➤
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Michael W. Kent**_____.    Case No. _____

                                  **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. x8995<br>**First Data Leasing**<br>**4000 Coral Ridge Drive**<br>**Coral Springs FL 33065** | | | POS<br><br>VALUE $0.00 | | | | 8,000.00 | 0.00 |
| ACCOUNT NO.<br>**Ford Motor Credit**<br>**1 American Road, #904**<br>**Dearborn MI 48126** | | | Vehicle - has been surrendered to lienholder<br><br>VALUE $0.00 | | | | 37,066.00 | 0.00 |
| ACCOUNT NO.<br>**Furniture Manufacturers Credit Asso.**<br>**c/o Mendelson Law Firm**<br>**P.O. Box 17235**<br>**Memphis TN 38187-0235** | | | VALUE $0.00 | | | | 158,354.00 | 0.00 |
| ACCOUNT NO. x9659-001<br>**GE Capital**<br>**P.O. Box 740441**<br>**Atlanta GA 30374-0441** | | | Copier<br><br>VALUE $0.00 | | | | 2,500.00 | 0.00 |
| ACCOUNT NO.<br>**Great American Lease**<br>**c/o Kramer & Associates**<br>**9th Floor**<br>**401 Hackensack Ave.**<br>**Hackensack NJ 07601** | | | VALUE $0.00 | | | | 15,000.00 | 0.00 |

Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 220,920.00 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Michael W. Kent**                                                    .          Case No.                                              
                              **Debtor**                                                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. x3211 & x2814<br><br>Great American Leasing<br>P.O. Box 600831<br>Dallas TX 75266-0831 | | | Camera System<br><br>VALUE $0.00 | | | | 15,369.51 | 0.00 |
| ACCOUNT NO. x4905<br><br>Greentree<br>P.O. Box 6172<br>Rapid City SD 57709 | | J | 8400 Sartori Drive Millington TN owned as Tenant by the Entirety w/wife<br><br>VALUE $280,000.00 | | | | 289,481.00 | 9,481.00 |
| ACCOUNT NO. X5628-4<br><br>Independant Bank<br>5050 Poplar Ave., #112<br>Memphis TN 38157 | | | Land Rover<br><br>VALUE $0.00 | | | | 16,500.00 | 0.00 |
| ACCOUNT NO. x2317-001<br><br>Leaf<br>P.O. Box 644006<br>Cincinnati OH 45264-4006 | | | Camera System<br><br>VALUE $0.00 | | | | 11,805.62 | 0.00 |
| ACCOUNT NO. x2317-002<br><br>Leaf<br>P.O. Box 644006<br>Cincinnati OH 45264-4006 | | | VALUE $0.00 | | | | 17,696.02 | 0.00 |

Sheet no. 5 of 6 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

| $ 350,852.15 | $ 9,481.00 |
|---|---|

Total ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Michael W. Kent**                                      .        Case No. _____

                          **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Northern Leasing System <br> 14th Floor <br> 132 West 31st Street <br> New York NY 10001-5095** | | | **Verifone terminal check imager** <br><br> **VALUE $0.00** | | | | 23,000.00 | 0.00 |
| ACCOUNT NO. x5614 <br> **Patriot Bank <br> P.O. Box 789 <br> Atoka TN 38004** | | J | **Warehouse Property located at 974 Highway 51 N Covington TN owned as Tenant by the Entirety w/Wife** <br><br> **VALUE $1,196,149.00** | | | | 680,759.00 | 0.00 |
| ACCOUNT NO. x2336 <br> **Xerox Corporation <br> 1303 Ridgeview Drive <br> Lewisville TX 75057** | | | **VALUE $0.00** | | | | 17,483.89 | 0.00 |

Sheet no. _6_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 721,242.89 | $ 0.00 |
| $ 2,169,872.55 | $ 9,481.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Michael W. Kent** _____     Case No. _____
                              Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**_5_  continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re  **Michael W. Kent**                                              ,                    Case No. _____
                              Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **x6102PP**<br>**Caddo Shreveport**<br>**Sales & Use Tax**<br>**P.O. Box 104**<br>**Shreveport LA 71161** | | | | | | | **1,500.00** | **1,500.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Bartlett**<br>**P.O. Box 341148**<br>**Bartlett TN 38184-1148** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Memphis**<br>**Treasurer**<br>**P.O. Box 185**<br>**Memphis TN 38101-0185** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.  **x0000**<br>**City of Shreveport**<br>**P.O. Box 30040**<br>**Shreveport LA 71130** | | | | | | | **291.00** | **291.00** | **$0.00** |
| ACCOUNT NO.<br>**David Lenoir**<br>**Shelby County Trustee**<br>**P.O. Box 2751**<br>**Memphis TN 38101-0185** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.  **x2611C**<br>**Dept. of Public Safety/Corrections**<br>**P.O. Box 61047**<br>**New Orleans LA 70161** | | | | | | | **250.00** | **250.00** | **$0.00** |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **2,041.00** | $ **2,041.00** | $ **0.00** |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re   **Michael W. Kent**                                    Case No. _____
                                                                      (If known)
_____,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Florida Dept. of Revenue Bankruptcy Unit P.O. Box 6668 Tallahasse FL 32314-6668** | | | | | | X | 6,278.49 | 0.00 | $6,278.49 |
| ACCOUNT NO.<br>**Internal Revenue Service P.O. Box 7346 Philadelphia PA 19101-7346** | | | | | | X | 133,351.82 | 133,351.82 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service P.O. Box 7346 Philadelphia PA 19101-7346** | | | | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.   **x6065**<br>**Kristie Glass Maxwell Tipton County Trustee P.O. Box 487 Covington TN 38019** | | | **2012 tax year** | | | | 314.00 | 314.00 | $0.00 |
| ACCOUNT NO.   **x6044**<br>**Kristie Glass Maxwell Tipton County Trustee P.O. Box 487 Covington TN38019** | | | **2011 tax year** | | | | 14,748.00 | 0.00 | $0.00 |
| ACCOUNT NO.   **x6046**<br>**Kristie Glass Maxwell Tipton C ounty Trustee P.O. Box 487 Covington TN 38019** | | | **2011 tax year** | | | | 352.00 | 352.00 | $0.00 |

Sheet no.  2  of  5  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **155,044.31** | $ **134,017.82** | $ **6,278.49** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re   **Michael W. Kent**                                                                    Case No. _____

_____,                                                    (If known)
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **x6043**<br>**Kristie Glass Maxwell**<br>**Tipton County Trustee**<br>**P.O. Box 487**<br>**Covington TN 38019** | | | **2011 tax year** | | | | **784.00** | **784.00** | **$0.00** |
| ACCOUNT NO.   **x6063**<br>**Kristie Glass Maxwell**<br>**Tipton County Trustee**<br>**P.O. Box 487**<br>**Covington TN 38019** | | | **2012 tax year** | | | | **13,168.00** | **13,168.00** | **$0.00** |
| ACCOUNT NO.   **x6064**<br>**Kristie Glass Maxwell**<br>**Tipton County Trustee**<br>**P.O. Box 487**<br>**Covington TN 38019** | | | **2012 tax year** | | | | **3,285.00** | **3,285.00** | **$0.00** |
| ACCOUNT NO.   **x6062**<br>**Kristie Glass Maxwell**<br>**Tipton County Trustee**<br>**P.O. Box 487**<br>**Covington TN 38019** | | | **2012 tax year** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**LA Dept. of Revenue**<br>**P.O. Box 1231**<br>**Baton Rouge LA 70821** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**LA Workforce Commission**<br>**P.O. Box 94050**<br>**Baton Rouge LA 70804** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals➤<br>(Totals of this page) | $ **17,937.00** | $ **17,937.00** | $ **0.00** |
|---|---|---|---|---|
|  | Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re   **Michael W. Kent**                                                                     ,         Case No. _____
                                         Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rob Turner, CFA<br>County Center<br>16th Floor<br> 601 E. Kennedy Blvd.<br>Tampa FL 33602-4932** | | | | | | | **2,000.00** | **2,000.00** | **$0.00** |
| ACCOUNT NO.<br>**State of Arkansas<br>Dept. of Workforce<br>P.O. Box 8007<br>Little Rock AR 72203** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**State of Arkansas<br>Dept. of Revenue<br>Sales & Use Tax<br>P.O. Box 8092<br>Little Rock AR 72203** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.    **x2083**<br>**Tina C. Dunn<br>City Tax Collector<br>P.O. Box 768<br>Covington TN 38019** | | | **2012 tax year** | | | | **1,671.00** | **1,671.00** | **$0.00** |
| ACCOUNT NO.    **x2082**<br>**Tina C. Dunn<br>City Tax Collector<br>P.O. Box 768<br>Covington TN 38019** | | | **2012 tax year** | | | | **6,696.00** | **0.00** | **$0.00** |
| ACCOUNT NO.    **x2084**<br>**Tina C. Dunn<br>City Tax Collector<br>P.O. Box 768<br>Covington TN 38019** | | | **2012 tax year** | | | | **159.00** | **159.00** | **$0.00** |

Sheet no. <u>4</u> of <u>5</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)

| | | |
|---|---|---|
| $ **10,526.00** | $ **3,830.00** | $ **0.00** |

Total  ➢
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total  ➢
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

$                   $

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Michael W. Kent**                                                                 ,          **Case No.** _____
                                            Debtor                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **TN Department of Revenue TN Attorney General P.O. Box 20207 Nashville TN 37202-0207** | | | | | | X | 265,568.76 | 0.00 | $265,568.76 |
| ACCOUNT NO.  **TN Dept. of Labor/Workforce c/o TN Attorney General P.O. Box 20207 Nashville TN 37202-0207** | | | | | | X | 10,636.94 | 0.00 | $10,636.94 |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $ 276,205.70 | $        0.00 | $ 276,205.70 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 461,754.01 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 157,825.82 | $ 282,484.19 |

B6F (Official Form 6F) (12/07)

In re  **Michael W. Kent**                                         Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**1556 Partners**<br>**P.O. Box 381288**<br>**Germantown TN 38183-1288** | | | **Business Debt** | | | | **24,000.00** |
| ACCOUNT NO.<br><br>**51 Radio Inc**<br>**101 WKBL Drive**<br>**Covington TN 38019** | | | **Business Debt** | | | | **1,500.00** |
| ACCOUNT NO.<br><br>**A TO Z Fire**<br>**4017 W Osborne Ave**<br>**Ste 5**<br>**Tampa FL 33614** | | | **Business Debt** | | | | **200.00** |
| ACCOUNT NO.  **X1742**<br><br>**A.D.T. Security Services**<br>**14200 E Exposition Ave**<br>**Aurora CO 80012** | | | **Business Debt** | | | | **1,200.00** |
| ACCOUNT NO.  **X8474**<br><br>**A.D.T. Security Services**<br>**P.O. Box 671956**<br>**Pittsburgh PA 15250-7956** | | | **Business Debt** | | | | **250.00** |

<u>43</u>   Continuation sheets attached

Subtotal ➤ $                27,150.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                          Case No. _____
                    _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X9243**<br><br>**A.D.T. Security Services**<br>**P.O. Box 371956**<br>**Pittsburgh PA 15250-7956** | | | **Business Debt** | | | | 358.23 |
| ACCOUNT NO.   **X2438**<br><br>**A.D.T. Security Services**<br>**P.O. Box 371956**<br>**Pittsburgh PA 15250-7956** | | | **Business Debt** | | | | 1,067.94 |
| ACCOUNT NO.   **X0408**<br><br>**A.D.T. Security Services**<br>**P.O. Box 371956**<br>**Pittsburgh PA 15250-7956** | | | **Business Debt** | | | | 241.74 |
| ACCOUNT NO.   **X9243**<br><br>**A.D.T. Security Services**<br>**P.O. Box 371956**<br>**Pittsburgh PA 15250-7596** | | | **Business Debt** | | | | 420.00 |
| ACCOUNT NO.<br><br>**A+ Carpet Cleaning**<br>**325 Texas St**<br>**Blanchard LA 71009** | | | **Business Debt** | | | | 2,083.47 |

_43_   Continuation sheets attached

Sheet no. _1_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  4,171.38

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                          Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ABC/WPTY 30** 2701 Union Avenue Ext Memphis TN 38112 | | | Business Debt | | | | 14,197.50 |
| ACCOUNT NO. **Ad Pro** P.O. Box 552 Arlington TN 38002 | | | Business Debt | | | | 7,000.00 |
| ACCOUNT NO. **Advance Auto Parts** 5008 Airport Rd Roanoke VA 24012 | | | Business Debt | | | | 0.00 |
| ACCOUNT NO. **AEP** | | | Business Debt | | | | 1,358.83 |
| ACCOUNT NO. **Allen Summers et al Attorneys** 80 Monroe Avenue #650 Memphis TN 38103-2466 | | | Business Debt | | | | 20,000.00 |

_43_  Continuation sheets attached

Sheet no. _2_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **42,556.33**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                      Case No. _____
                        _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,757.84 |
| **Allied Waste**<br>**3840 Homewood Ave**<br>**Memphis TN 38118-6131** | | | **Business Debt**<br>**Accounts X8638/X4903** | | | | |
| ACCOUNT NO.   **X4727** | | | | | | | 0.00 |
| **American Express**<br>**P.O. Box 981532**<br>**El Paso TX 79998-1532** | | | **Business Debt** | | | | |
| ACCOUNT NO.   **X4909** | | | | | | | 0.00 |
| **American Express**<br>**P.O. Box 981532**<br>**El Paso TX 79998-1532**<br><br><br>**Barry J. Gammons**<br>**209 10th Ave S**<br>**Ste 525**<br>**Nashville TN 37203** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 8,907.05 |
| **American Express**<br>**200 Vesey St**<br>**New York NY 10080** | | | **Business Debt** | | | | |

__43__   Continuation sheets attached

Sheet no. _3_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $   **10,664.89**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                    Case No. _____
                          _____
                              **Debtor**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X4909**<br>**American Express**<br>**P.O. Box 53852**<br>**Phoenix AZ 85072-3852** | | | **Business Debt** | | | | **15,000.00** |
| ACCOUNT NO.   **X841000**<br>**American Express**<br>**P.O. Box 297879**<br>**Ft Lauderdale FL 33329-7879** | | | **Business Debt** | | | | **314,240.88** |
| ACCOUNT NO.<br>**American Honda Finance**<br>**201 Little Falls Dr**<br>**Wilmington DE 19808** | | | **Auto Deficiency** | | | | **0.00** |
| ACCOUNT NO.<br>**Angel Air & Heat**<br>**P.O. Box 741**<br>**Munford TN 38058** | | | **Business Debt** | | | | **893.09** |
| ACCOUNT NO.<br>**Apple Sign & Awning**<br>**1635 N Dale Mabry Hwy #7**<br>**Lutz FL 33548** | | | **Business Debt** | | | | **560.00** |

<u>43</u>   Continuation sheets attached

Sheet no.  <u>4</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **330,693.97**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                      Case No. _____
                                                                        **(If known)**
            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X4001** <br><br> **Aramark** <br> **P.O. Box 60445** <br> **Saint Louis MO** <br> **63160-0445** | | | **Business Debt** | | | | 1,275.50 |
| ACCOUNT NO. <br><br> **Armstrong Transportation & Trailers** <br> **P.O. Box 18629** <br> **Mmephis TN 38181-0629** <br><br><br> **James Stephen King** <br> **1000 Ridgeway Loop Rd** <br> **Ste 200** <br> **Memphis TN 38120** | | | **Business Debt** | | | | 43,977.00 |
| ACCOUNT NO. <br><br> **Associated Bag Co** <br> **400 W Boden St** <br> **Milwaukee WI 53207** | | | **Business Debt** | | | | 1,307.25 |
| ACCOUNT NO. <br><br> **Associated Packing Inc** <br> **P.O. Box 440088** <br> **Nashville TN 37244-0088** | | | **Business Debt** | | | | 2,000.00 |

<u>43</u>   Continuation sheets attached

Sheet no. <u>5</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | **48,559.75**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                          Case No. _____
                              _____
                        **Debtor**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X9645**<br>**AT&T**<br>**P.O. Box 105262**<br>**Atlanta GA 30348-5262** | | | **Business Debt** | | | | 0.00 |
| ACCOUNT NO.<br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Stream IL**<br>**60197-5014** | | | **Business Debts- accounts ending in 3683/9763/5001/4373/0361/0937/4373/5806/0434/2963/7263/2036/7021/9380/X9304** | | | | 35,971.94 |
| ACCOUNT NO.   **X3683**<br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Stream IL**<br>**60197-5014** | | | **Business Debt** | | | | 191.25 |
| ACCOUNT NO.<br>**AT&T Capital**<br>**2000 W Ameritech Ctr Dr**<br>**Hoffman Estates IL**<br>**60196-1025** | | | **Business Debt** | | | | 1,358.83 |
| ACCOUNT NO.<br>**B&F Cash Grocery Stores**<br>**c/o** | | H | **Business Debt - Plantation Home Outlet LLC** | | | | 147,836.02 |

<u>43</u>   Continuation sheets attached

Sheet no.  <u>6</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **185,358.04**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                    Case No. _____
                                        Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,405.60 |
| **Baker Donelson et al Attorneys** **165 Madison Ave #2000** **Memphis TN 38103** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Bancorp South Merchant S** **P.O. Box 40766** **Ft Lauderdal FL** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 89.95 |
| **Bank of America** **c/o LTD Financial** **7322 Southwest Freeway** **Ste 1600** **Houston TX 77074-2053** | | | **Business Debt** | | | | |
| ACCOUNT NO.   **X7078** | | | | | | | 0.00 |
| **Bank of America** **P.O. Box 26012** **Greensboro NC 27410** | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,000.00 |
| **Baptist Memorial Covington** **1995 Highway 51 S** **Covington TN 38019** | | | | | | | |

_43_   Continuation sheets attached

Sheet no. _7_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                           3,495.55

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                              Case No. _____
                                    _____
                           **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Baymont Inc** <br> **30 Red Bay Rd** <br> **Golden MS 38847** | | | **Business Debt** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Bell Property Group** <br> **8545 Cordes Circle** <br> **Germantown TN 38139** | | | **Business Debt** | | | | 54,000.00 |
| ACCOUNT NO. <br><br> **Bel-Mar Air** <br> **14621 N Nebraska Ave** <br> **Tampa FL 33613** | | | **Business Debt** | | | | 800.00 |
| ACCOUNT NO. <br><br> **Belz Investco Group** <br> **100 Peabody Place #1400** <br> **Memphis TN 38103** | | | **Business Debt** | | | | 30,000.00 |
| ACCOUNT NO. <br><br> **Billings Real Estate LLC** <br> **6245 Ashley Road** <br> **Arlington TN 38002** | | | **Business Debt** | | | | 35,000.00 |

<u>43</u>   Continuation sheets attached

Sheet no. <u>8</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 119,800.00

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent** _____   Case No. _____
_____
Debtor                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X6588** <br><br> **Blue Gavel** <br> **3210 8th St** <br> **Rock Island IL 61201** | | | **Business Debt** | | | | 129.14 |
| ACCOUNT NO. <br><br> **Blue River Productions Inc** <br> **P.O. Box 48** <br> **Ellendale TN 38029** <br><br><br> **Martin Tate et al** <br> **6410 Poplar Ave #1000** <br> **Memphis TN 38119-4839** | | | **Business Debt** | | | | 12,607.50 |
| ACCOUNT NO. <br><br> **Brooks Heating & Alr** <br> **106 Grigsby Dr** <br> **Bossier City LA 71112** | | | **Business Debt** | | | | 136.00 |
| ACCOUNT NO. <br><br> **Bugs or Us** <br> **1301 W Busch Ave** <br> **Tampa FL 33612** | | | **Business Debt** | | | | 850.00 |

 43   Continuation sheets attached

Sheet no.  9 of 43 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $           **13,722.64**

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                    Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **20,550.00** |
| **C.H. Robinson**<br>**14701 Charlson Rd**<br>**Eden Prairie MN 55347**<br><br>**Mendelson Law Firm**<br>**P.O. Box 17235**<br>**Memphis TN 38187-0235** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **124,420.89** |
| **Cameron Bedding**<br>**Price Wesner Bedding**<br>**205 S Boyce Lawton Dr**<br>**Cameron SC 29030**<br><br>**Mendelson Law Firm**<br>**P.O. Box 17235**<br>**Memphis TN 38187-0235** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City UT 84130** | | | | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Carmax**<br>**225 Chastain Meadows Ct**<br>**Kennesaw GA 30142** | | | **Auto Deficiency** | | | | |

_43_   Continuation sheets attached

Sheet no. _10_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **144,970.89**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                          Case No. _____
                                                                                (If known)
                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **X1101** <br><br> **Carpenter Company** <br> **5016 Monument Ave** <br> **Richmond VA 23230** <br><br><br> **Mendelson Law Firm** <br> **P.O. Box 17235** <br> **Memphis TN 38187-0235** | | | Business Debt | | | | 85,000.00 |
| ACCOUNT NO. <br><br> **CBS Outdoor** <br> **5439 Estate Office Dr #1** <br> **Memphis TN 38120** | | | Business Debt | | | | 0.00 |
| ACCOUNT NO. **X8073** <br><br> **Center Point Energy** <br> **P.O. Box 4583** <br> **Houston TX 77210-4583** | | | Business Debt | | | | 450.00 |
| ACCOUNT NO. <br><br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington DE 19850** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Chuck's Plumbing** <br> **104 W Seneca Ave #9** <br> **Tampa FL 33612** | | | Business Debt | | | | 800.00 |

_43_   Continuation sheets attached

Sheet no. _11_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **86,250.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                          Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 11,812.00 |
| **Citadel Broadcasting** P.O. Box 645133 Cincinnati OH 45264-5133 | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Citibank** P.O. Box 20507 Kansas City MO 69145 | | | **Multiple Accounts** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **City of Bartlett** 6400 Stage Road Bartlett TN 38184-1148 | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 256.55 |
| **City of Munford** 1397 Munford Ave Munford TN 38058-6712 | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 1,000.00 |
| **City of North Little Rock** P.O. Box 5757 Little Rock AR 72119 | | | **Business Debt** | | | | |

____43____   Continuation sheets attached

Sheet no. _12_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **13,068.55**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                              Case No. _____
                                    _____
                                           Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Climate Zone** <br> **2330 Harley Wind Dr** <br> **Bartlett TN 38134** | | | **Business Debt** | | | | 600.00 |
| ACCOUNT NO. <br> **Cohn Law Firm** <br> **291 Germantown Bend Cove** <br> **Cordova TN 38018** | | | **Business Debt** | | | | 20,000.00 |
| ACCOUNT NO. <br> **Comcast** <br> **P.O. Box 105257** <br> **Atlanta GA 30348-5257** | | | **Business Debt** | | | | 2,965.65 |
| ACCOUNT NO.   **X8024** <br> **Comcast** <br> **3251 Players Club Prkwy** <br> **Memphis TN 38125** <br><br> **Collection Bureau of Ame** <br> **25954 Eden Landing Rd** <br> **Hayward CA 94545-3816** | | | **Business Debt** | | | | 500.00 |
| ACCOUNT NO. <br> **Comfort Solutions** <br> **7501 S Quincy St #130** <br> **Willowbrook IL 60527** | | | **Business Debt** | | | | 22,000.00 |

        43    Continuation sheets attached

Sheet no.  13  of  43  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                   Subtotal  ➤  $          46,065.65

                                                                   Total  ➤  $

                              **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable on the Statistical**
                         **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                    Case No. _____

_____

                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                            |  |  |  |  |  |  |  |
| **Commercial Fleet** **11238 Airline Highway** **Baton Rouge LA 70816** |  |  | **Business Debt** |  |  |  | 900.00 |
| ACCOUNT NO.                                                            |  |  |  |  |  |  |  |
| **Commercial Fleet** **P.O. Box 385** **Mablevale AR 72103** |  |  | **Business Debt** |  |  |  | 1,500.00 |
| ACCOUNT NO.                                                            |  |  |  |  |  |  |  |
| **Companion Property & Casualty** **P.O. Box 100165** **Columbia SC 29202-3165** **Allied Interstate** **2290 Agate Court A-1** **Simi Valley CA 93065** |  |  | **Business Debt** |  |  |  | 20,427.88 |
| ACCOUNT NO.                                                            |  |  |  |  |  |  |  |
| **Conroy Moving & Storage** **2510 Copper Ridge Dr** **Steamboat Springs CO** **80487** |  |  | **Business Debt** |  |  |  | 270.00 |
| ACCOUNT NO.                                                            |  |  |  |  |  |  |  |
| **Cooks Pest Control** **1657 Shelby Oaks Drive** **St 108** **Memphis TN 38134** |  |  | **Business Debt** |  |  |  | 2,000.00 |

43  Continuation sheets attached

Sheet no. 14 of 43 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              25,097.88

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                    Case No. _____
_____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Cougar Chemical** <br> **3725 New Getwell Road** <br> **Memphis TN 38118** | | | **Business Debt** | | | | **6,127.00** |
| ACCOUNT NO. <br><br> **Covington City Tax** | | | **Business Debt** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Covington Electric** <br> **1469 S Main St** <br> **Covington TN 38019** | | | **Business Debt** <br> **Accounts X100108/X100109** | | | | **6,000.00** |
| ACCOUNT NO. <br><br> **Covington Gas & Water** <br> **P.O. Box 768** <br> **Covington TN 38019** | | | **Business Debt** <br> **Accts 024-9585-03/024-9580-03** | | | | **1,500.00** |
| ACCOUNT NO. <br><br> **Covington Propane** <br> **1838 Highway 51 S** <br> **Covington TN 38019** | | | **Business Debt** | | | | **496.25** |

 __43__  Continuation sheets attached

Sheet no. __15__ of __43__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **14,123.25**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                      Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,000.00 |
| **CSpire**<br>**1018 Highland Colony Pkw**<br>**Ste 330**<br>**Ridgeland MS 39157**<br><br>**MS Services LLC**<br>**123 W 1st St #430**<br>**Casper WY 82601** | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 10,000.00 |
| **Datrat LLC**<br>**c/o David Topham**<br>**1277 Sandy Stone Lane**<br>**Cordova TN 38016** | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 450.00 |
| **DB's Conditioning Service**<br>**1201 Wemple Rd**<br>**Bossier City LA 71111** | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **DS Waters of America Inc**<br>**5660 New Northside Dr**<br>**Ste 500**<br>**Atlanta GA 30328**<br><br>**Collection Bureau of Ame**<br>**25954 Eden Landing Rd**<br>**Hayward CA 94545-3816** | | | Business Debt | | | | |

    43   Continuation sheets attached

Sheet no.  16  of  43  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ➢  $        **11,450.00**

                                                    Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                    Case No. _____
                                    _____
                                       **Debtor**                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **EMPS** P.O. Box 6600 Hagerstown MD 21740 | | | Business Debt  Multiple Accounts | | | | **100,000.00** |
| ACCOUNT NO. **Epicor** 804 Las Cimas Pkwy Austin TX 78746 | | | Business Debt | | | | **124,000.00** |
| ACCOUNT NO. **X8073** **Express** P.O. Box 659728 San Antonio TX 78265-9728 | | | | | | | **3,500.00** |
| ACCOUNT NO. **Express Merchant Processing Ser** 5251 Westheimer Rd Houston TX 77056-5404 | | | Business Debt | | | | **5,564.17** |
| ACCOUNT NO. **FB Financial Services** 2850 Wolfchase Parkway Memphis TN 38133 | | | | | | | **0.00** |

_43_   Continuation sheets attached

Sheet no. _17_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                **233,064.17**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                    Case No. _____

_____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X9736** <br><br> **Federal Express** <br> **P.O. Box 660481** <br> **Dallas TX 75266-0481** | | | **Business Debt** | | | | 66.19 |
| ACCOUNT NO.   **X2000** <br><br> **First Data** <br> **P.O. Box 407041** <br> **Fort Lauderdale FL** <br> **33340-7041** | | | **Business Debt** | | | | 110,000.00 |
| ACCOUNT NO. <br><br> **Ford Motor Credit** <br> **1 American Road  #904** <br> **Dearborn MI 48126** | | | **Auto Deficiency** | | | | 27,000.00 |
| ACCOUNT NO.   **#4532** <br><br> **Ford Motor Credit Corporation** <br> **P.O. Box 6508** <br> **Mesa AZ 85216** | | | **Vehicle Deficiency** | | | | 14,260.02 |
| ACCOUNT NO. <br><br> **Freight Quote** <br> **16025 W 113th St** <br> **Lenexa KS 66219** | | | **Business Debt** | | | | 38,642.19 |

      43   Continuation sheets attached

Sheet no.  18  of  43  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ➤  $          189,968.40

                                                    Total  ➤  $

                                    **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable on the Statistical**
                             **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                       Case No. _____

_____
Debtor                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Friday Eldridge & Clark LLP**<br>**400 W Capital Ave #2000**<br>**Little Rock AR 72201** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 18,500.00 |
| **Fuelman**<br>**P.O. Box 105080**<br>**Atlanta GA 30348-5080** | | | **Business Debt** | | | | |
| ACCOUNT NO.   **X6001** | | | | | | | 16,335.00 |
| **Gap Broadcasting LLC**<br>**12900 Preston Rd**<br>**Ste 525**<br>**Dallas TX 75230**<br><br>**Barry J Gammons**<br>**209 10th Ave S**<br>**Ste 525**<br>**Nashville TN 37203** | | | **Business Debt** | | | | |
| ACCOUNT NO.   **X4255** | | | | | | | 2,000.00 |
| **GE Capital Retail Finance**<br>**P.O. Box 8726**<br>**Dayton OH 45401-8726** | | | **Business Debt** | | | | |

_43_   Continuation sheets attached

Sheet no. _19_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $        **36,835.00**

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                              Case No. _____
                  _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **GEMB/JC Penneys** <br> **Attn:  Bk Dept.** <br> **P.O. Box 103106** <br> **Roswell GA 30076** | | | | | | | 0.00 |
| ACCOUNT NO.   **X11051** <br><br> **Genpac** <br> **P.O. Box 3842** <br> **Jackson MS 38303-3842** | | | **Business Debt** | | | | 2,942.48 |
| ACCOUNT NO. <br><br> **Glankler Brown** <br> **6000 Poplar Ave #400** <br> **Memphis TN 38119** | | | **Business Debt** | | | | 10,500.00 |
| ACCOUNT NO. <br><br> **Grose Fire Protection** <br> **5320 US 70** <br> **Mason TN 380498** | | | **Business Debt** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Hickory Springs Mfg Co** <br> **P.O. Box 128** <br> **Hickory NC 28603-0128** <br><br><br> **Coface Collections** <br> **P.O. Box 1389** <br> **Kenner LA 70063** | | | **Business Debt** | | | | 5,000.00 |

43   Continuation sheets attached

Sheet no. 20 of 43 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **18,442.48**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                    Case No. _____
_____
                          **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hillsborough County** <br> **15610 Premiere Dr** <br> **Tampa FL 33624.-1130** | | | **Business Debt** | | | | 207.75 |
| ACCOUNT NO. <br> **Home Depot** <br> **2455 Paces Ferry Rd NW** <br> **Atlanta GA 30339-4024** | | | **Business Debt** | | | | 15,000.00 |
| ACCOUNT NO.   **X7913** <br> **HSBC** <br> **P.O. Box 5263** <br> **Carol Stream IL 60197** | | | | | | | 0.00 |
| ACCOUNT NO.   **X5654** <br> **HSBC Motors** <br> **P.O. Box 961245** <br> **Fort Worth TX 76161** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **International Bedding** <br> **780 W McNabb Rd** <br> **Fort Lauderdale FL 33309** <br><br> **Garner & Conner** <br> **250 High St** <br> **Maryville TN 37802** | | | **Business Debt** | | | | 24,449.00 |

_43_   Continuation sheets attached

Sheet no. _21_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $                    **39,656.75**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                      Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X6177** <br><br> **IPFS Corp** <br> **P.O. Box 200455** <br> **Dallas TX 75320-0455** | | | **Business Debt** | | | | 7,352.03 |
| ACCOUNT NO. <br><br> **J Sanders Transportation LLC** <br> **P.O. Box 253** <br> **Halls TN 38040** | | | **Business Debt** | | | | 17,043.51 |
| ACCOUNT NO.   **10294** <br><br> **Jacobus Energy Inc** <br> **Quick Fuel** <br> **11815 W Bradley Rd** <br> **Milwaukee WI 53224** | | | **Business Debt** | | | | 6,800.00 |
| ACCOUNT NO. <br><br> **KATV LLC** <br> **401 Main St** <br> **Little Rock AR** <br> **72201-3800** | | | **Business Debt** | | | | 16,043.50 |

<u>43</u>   Continuation sheets attached

Sheet no. <u>22</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 47,239.04

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**
_____    Case No. _____
                        Debtor                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,187.04 |
| **Kelly Services**<br>**1225 Rales St #200**<br>**Romco MI 48065**<br><br><br>**Hutchison Warren & Assoc**<br>**39393 Van Dr #103**<br>**P.O. Box 8018**<br>**Sterling Heights MI**<br>**48311-8018** | | | **Business Debt** | | | | |
| ACCOUNT NO.   **X1114** | | | | | | | 150.00 |
| **Kentwood**<br>**P.O. Box 660579**<br>**Dallas TX 75266-0579** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 66,140.95 |
| **Kimbrough Crossing LLC**<br>**2650 Thousand Oaks Blvd**<br>**Ste 2350**<br>**Memphis TN 38118** | | | | | | | |
| ACCOUNT NO. | | | | | | | 74,305.00 |
| **Kingsdown Inc**<br>**P.O. Box 890564**<br>**Charlotte NC 28289-0564**<br><br><br>**Tuggle Duggins**<br>**P.O. Box 2588**<br>**Greensboro NC 27402** | | | **Business Debt** | | | | |

_43_   Continuation sheets attached

Sheet no. _23_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢ $                                                    **141,782.99**

Total   ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael W. Kent**                                      Case No. _____
                        _____
                              **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,231.25 |
| KMSS/KHSV c/o NACM Southwest 1915 Westridge Dr Irving TX 75038 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 14,989.00 |
| KSLA12  Shreveport 1812 Fairfield Ave Shrveport LA 71101-4461  The Anderson Group 3001 19th St Metairie LA 70002 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 7,500.00 |
| KTBS LLC 312 East Kings Highway Shreveport LA 71104 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 1,818.01 |
| Labor Finders P.O. Box 191803 Little Rock AR 72219  Labor Finders P.O. Box 8385 Shreveport LA 71148 | | | Business Debt | | | | |

_43_  Continuation sheets attached

Sheet no. _24_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          26,538.26

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                         Case No. _____
                        _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,721.00 |
| Leggett & Platt 212 W Charles Road Villa Park IL 60181 Mendelson Law Firm P.O. Box 17235 Memphis TN 38187-0235 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 6,000.00 |
| Lighthouse/Safe Harbor of Memphis 6025 Stage Rd #42217 Bartlett TN 38134 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 22,585.63 |
| Loomis Armoured 2500 City West Blvd Ste 900 Houston TX 77042 Rex Peppel 474 Perkins Extd #205 Memphis TN 38117 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 3,001.48 |
| Lowe's P.O. Box 530914 Atlanta GA 30353-0914 | | | Business Debt | | | | |

_43_  Continuation sheets attached

Sheet no. _25_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                           **34,308.11**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                                    Case No. _____
                                   **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **X9471**<br><br>**Macy's**<br>**Bankruptcy Dept**<br>**P.O. Box 183083**<br>**Columbus OH 43218** | | | | | | | **520.00** |
| ACCOUNT NO.<br><br>**Malouf Fine Linens**<br>**1189 West**<br>**1700 North Bldg B**<br>**Logan UT 84321** | | | **Business Debt** | | | | **19,559.56** |
| ACCOUNT NO.<br><br>**Market Plaza LP**<br>**c/o Eldridge & Clark**<br>**400 W Capital Ave #2000**<br>**Little Rock AR**<br>**72201-3522** | | | **American Closeout Wholesale LLC**<br>**Listed for Notice Only** | X | | X | **233,491.61** |
| ACCOUNT NO.<br><br>**Mattress Firm Inc**<br>**5818 Gulf Freeway**<br>**Houston TX 77023** | | | **Business Debt** | | | | **150,000.00** |
| ACCOUNT NO.<br><br>**McConnell Landscapes Inc**<br>**2055 Rosemark Rd**<br>**Atoka tn 38004** | | | **Business Debt** | | | | **600.00** |

__43__  Continuation sheets attached

Sheet no. __26__ of __43__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $                    **404,171.17**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                          Case No. _____
_____                          (If known)
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,000.00 |
| **Mechanical Systems Co LLC** **4067 New Getwell Rd** **Memphis TN 38118** **W Bradley Gilmer** **100 Peabody Pl #1300** **Memphis TN 38103** | | | **Business Debt** | | | | |
| ACCOUNT NO. **17657** | | | | | | | 1,660.25 |
| **Memphis Communcation Corp** **P.O. Box 770389** **Memphis TN 38177-0389** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 23,316.38 |
| **Memphis Light Gas & Wate** **P.O. Box 388** **Memphis TN 38145-0388** | | | **Business Accounts** **#'s** **X5844/5047/5924/X1855/8080/X3452/3451** **/X3450/7565/8807** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Merchant Services** **P.O. Box 6010** **Hagerstown MD 21741-6010** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 500.00 |
| **Metro Alarm Office** **P.O. Box 178** **Memphis TN 38101-0178** | | | **Business Account** | | | | |

_43_   Continuation sheets attached

Sheet no. _27_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | **27,476.63**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent** _____        Case No. _____
                        Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Millington Telephone Co.** <br> **P.O. Box 429** <br> **Millington TN 38083** | | | **Business Debt** | | | | 400.00 |
| ACCOUNT NO. <br><br> **Mirable Properties** <br> **1900 Whitten Road** <br> **Memphis TN 38133** | | | **Business Debt** | | | | 94,726.12 |
| ACCOUNT NO.  **X1248** <br><br> **Mode Transportation** <br> **P.O. Box 71188** <br> **Chicago IL 60694-1188** | | | **Business Debt** | | | | 58,911.50 |
| ACCOUNT NO. <br><br> **Naco Express** <br> **850 Allen Street** <br> **Jamestown NY 14701** | | | **Business Debt** | | | | 12,090.00 |

<u>43</u>   Continuation sheets attached

Sheet no. <u>28</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                166,127.62

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 239,930.00 |
| **National Bedding Co/Serta** **2600 Forbs Ave** **Hoffman Estates IL 60192** **Barry J Gammons** **209 10th Ave S #525** **Nashville TN 37203** **Vengroff Williams Inc** **P.O. Box 4155** **Sarasota FL 34230-4155** | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 7,500.00 |
| **National Mattress LLC** **P. O. Box 485** **Plantersville MS 38862** | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 6,500.00 |
| **Newport Television** **2701 Union Ave Ext** **Memphis TN 38112** | | | Business Debt | | | | |
| ACCOUNT NO.  **X0001** | | | | | | | 0.00 |
| **Nissan Motor Acceptance** **P.O. Box 660360** **Dallas TX 75266** | | | | | | | |

_43_  Continuation sheets attached

Sheet no. _29_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 253,930.00

Total ➤ $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                                    Case No. _____

                              Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **509.88** |
| **North Little Rock Electr** **P.O. Box 936** **North Little Rock AR** **72115** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **38,000.00** |
| **Northern Leasing** **132 W 31st St 14th Fl** **New York NY 10001-3405** | | | **Business Debt** **Multiple Leases** | | | | |
| ACCOUNT NO.   **X0135** | | | | | | | **0.00** |
| **Novastar Financial** **2114 Central St #600** **Kansas City MO 64108** | | | | | | | |
| ACCOUNT NO.   **X2850** | | | | | | | **0.00** |
| **Orion Federal** **Credit Union** **Attn:  Lynn Jackson** **7845 Highway 64** **Memphis TN 38133-4007** | | | | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **Patriot Bank** **P.O. Box 789** **Atoka TN 38004** | | | **Deficiency on Boat Surrendered to Creditor** | | | | |

  43   Continuation sheets attached

Sheet no.  30  of  43  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $        **38,509.88**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent** _____     Case No. _____
                                      Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Peck Signs**<br>**1558 Texas St**<br>**Memphis TN 38106** | | | **Business Debt** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Penske Truck LEasing Co**<br>**P.O. Box 802577**<br>**Chicago IL 60680-2577** | | | **Business Debt** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Perimeter Transportation**<br>**5515 E Holmes Rd**<br>**Memphis TN 38118** | | | **Business Debt** | | | | **600.00** |
| ACCOUNT NO.<br><br>**Poly Supply**<br>**421 Crestview Dr**<br>**Thomasville NC 27360** | | | **Business Debt** | | | | **8,500.00** |
| ACCOUNT NO.<br><br>**R & L Transports**<br>**8570 Highway 51 S**<br>**Brighton TN 38011** | | | **Business Debt** | | | | **2,737.51** |

       43   Continuation sheets attached

Sheet no. 31 of 43 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                **11,837.51**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                              Case No. _____
_____
                          **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Rapid Staffing** 2516 State Rd #60E Valrico CA 33594-3829 | | | **Business Debt** | | | | 2,000.00 |
| ACCOUNT NO. **Reach Local Inc** 21700 Oxnard St #1600 Woodland Hills CA 91367 | | | **Business Debt** | | | | 120,000.00 |
| ACCOUNT NO. **Regions Bank** 103 East Pleasant Covington TN 38019 | | | **Business Debt** | | | | 5,000.00 |
| ACCOUNT NO. **Regions Insurance** 6000 Poplar Ave #300 Memphis TN  38119 | | | **Business Debt** | | | | 33,886.00 |
| ACCOUNT NO. **RL Reeves Electric Co Inc** 6103 Dormany Rd W Plant City FL 33565-3411 | | | **Business Debt** | | | | 332.00 |

_43_  Continuation sheets attached

Sheet no. _32_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                              **161,218.00**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                            Case No. _____
                          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Sanders Trucking**<br>**725 Industrial Road**<br>**Halls TN 38040**<br><br>**Hatmaker**<br>**1156 S US Highway 1**<br>**View Beach FL 32962** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 787.84 |
| **Scripps Broadcasting**<br>**495 Union Ave**<br>**Memphis TN 38103** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 136,000.00 |
| **Sealy Inc**<br>**One Office Parkway**<br>**Trinity NC 27370**<br><br>**Furniture Mfturers Credi**<br>**P.O. Box 5929**<br>**High Point NC 27262**<br><br>**Mendelson Law Firm**<br>**P.O. Box 17235**<br>**Memphis TN 38187-0235** | | | **Business Debt** | | | | |
| ACCOUNT NO.   **X5321** | | | | | | | 0.00 |
| **Sears CBNA**<br>**P.O. Box 6282**<br>**Sioux Falls SD 57117** | | | | | | | |

_43_   Continuation sheets attached

Sheet no. _33_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          136,787.84

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael W. Kent**                                          Case No. _____
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **SFRE, Inc.** **2504 Maybank Drive** **Charlotte NC 28211-1911** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 511,200.00 |
| **Shrela Ltd** **712 Main St 29th Fl** **Houston TX 77002** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 220,000.00 |
| **Sidney Lazarov Family Ptnership** **1010 June Road** **Memphis TN 38119** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 14,211.00 |
| **Signature Bedding LLC** **P.O. Box 51** **Tupelo MS 38802** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | 45,000.00 |
| **Silver Dollar Inc** **Randy Sparks** **75 Red Bay Road** **Golden MS 38847** | | | **Business Debt** | | | | |

_43_  Continuation sheets attached

Sheet no. _34_ of _43_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $         790,411.00

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael W. Kent**                                    Case No. _____
_____
                    **Debtor**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Simplex Grinnell** <br>**Tyco International** <br>**Dept CH 10320** <br>**Palatine IL 60055-0320** | | | **Business Debt** | | | | 3,082.19 |
| ACCOUNT NO. <br><br>**Single Source Logistics** <br>**705 Cross Ave Southeast** <br>**Russell AL 35653** | | | **Business Debt** | | | | 12,611.00 |
| ACCOUNT NO.  **X7406** <br><br>**Southeastern Freight Line** <br>**P.O. Box 100104** <br>**Columbia SC 29202-3104** | | | **Business Debt** | | | | 0.00 |
| ACCOUNT NO. <br><br>**Southerland** <br>**P.O. Box 70129** <br>**Nashville TN 37207** <br><br><br>**Bowen & Associates** <br>**354 McDonnell St Ste 6** <br>**Lewisville TX 75057** | | | **Business Debt** | | | | 115,000.00 |
| ACCOUNT NO.  **X7316** <br><br>**Southwestern Electric Po** <br>**P.O. Box 24401** <br>**Canton OH 44701-4401** | | | **Business Debt** | | | | 1,358.83 |

          43   Continuation sheets attached

Sheet no. 35 of 43 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ➤  $          132,052.02

                                                    Total  ➤  $

                              **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable on the Statistical**
                              **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent** _____   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Spaldin Sleep System Inc** <br> **703 Washington St** <br> **Eden NC 27288** | | | **Business Debt** | | | | **61,750.00** |
| ACCOUNT NO. <br><br> **Speedy Spots Inc** <br> **12175 Jerusalem Rd** <br> **Chelsea MI 48118-9683** | | | **Business Debt** | | | | **155.00** |
| ACCOUNT NO.   **X6619** <br><br> **Springleaf Financial** <br> **7424 US HIghway 64** <br> **Bartlett TN 38133** | | | | | | | **0.00** |
| ACCOUNT NO.   **X8006** <br><br> **Springleaf Financial** <br> **4297 Stage Road** <br> **Memphis TN 38128** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Stamps** <br> **P.O. Box 202928** <br> **Dallas TX 75320-2928** | | | **Business Debt** | | | | **53.97** |

__43__  Continuation sheets attached

Sheet no. __36__ of __43__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **61,958.97**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                          Case No. _____
_____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **15144**<br><br>**Stop Alarm Inc**<br>**6095 AppleTree Dr**<br>**Memphis TN 38115**<br><br><br>**Baer Law Firm**<br>**200 Jefferson Ave #725**<br>**Memphis TN 38103** | | | **Business Debt** | | | | 6,180.00 |
| ACCOUNT NO.<br><br>**Swepco**<br>**P.O. Box 24401**<br>**Canton OH** | | | **Business Debt** | | | | 2,000.00 |
| ACCOUNT NO.   **X9538/X9450**<br><br>**Tampa Electric**<br>**P.O. Box 31318**<br>**Tampa FL 33631-3318** | | | **Business Debt** | | | | 2,959.58 |
| ACCOUNT NO.<br><br>**The Print Shop**<br>**126 E Pleasant Ave**<br>**Covington TN 38019** | | | **Business Debt** | | | | 610.00 |
| ACCOUNT NO.   **X4847**<br><br>**Time Payment Corp LLC**<br>**16 New England Executive Park South**<br>**Burlington MA 01803** | | | | | | | 198.00 |

_43_   Continuation sheets attached

Sheet no. _37_ of _43_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $       **11,947.58**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **Michael W. Kent** _____    Case No. _____
                                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**TM Polly Film**<br>**503 Industrial Blvd**<br>**Valdosta GA 31610** | | | **Business Debt** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Town Square Media**<br>**P.O. Box 731300**<br>**Dallas TX 75373-1300**<br><br>**Town Square Media**<br>**6341 Westport Ave**<br>**Shreveport LA 71129** | | | **Business Debt** | | | | **15,000.00** |
| ACCOUNT NO.    **X0483**<br><br>**U.S. Bank**<br>**4801 Frederica St**<br>**Owensboro KY 42301** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**U.S. Department of Transportation**<br>**640 Grassmere Park #111**<br>**Nashville TN 37211**<br><br>**U.S. Dept of Transportat**<br>**1800 Century Blvd #1700**<br>**Atlanta GA 30345**<br><br>**U.S. Dept of Transportat**<br>**1200 New Jersey Ave SE**<br>**Washington DC 20590** | | | **Business Debt** | | | | **3,000.00** |

<u>43</u>   Continuation sheets attached

Sheet no. <u>38</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **18,000.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent** _____   Case No. _____

Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Uline<br>2200 S Lakeside Drive<br>Waukegan IL 60085 | | | Business Debt | | | | 380.00 |
| ACCOUNT NO.<br>Universal Insurance<br>P.O. Box 25687<br>Winston-Salem NC 27114-5687 | | | Business Debt | | | | 0.00 |
| ACCOUNT NO.   X1903/X0001<br>Verizon<br>P.O. Box 920041<br>Dallas TX 75392-0041<br><br><br>McCarthy Burgess Wolff<br>26000 Cannon Rd<br>Cleveland OH 44146 | | | Business Debt | | | | 1,128.20 |
| ACCOUNT NO.   X0001<br>Verizon Wireless<br>P.O. Box 660108<br>Dallas TX 75266-0108 | | | Business Debt | | | | 823.17 |

<u>43</u>   Continuation sheets attached

Sheet no. <u>39</u> of <u>43</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $   **2,331.37**

Total   ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                                    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Volunteer Express** <br> **P.O. Box 670237** <br> **Dallas TX 75267-0237** <br><br><br> **Coface Collections** <br> **P.O. Box 1389** <br> **Kenner LA 70063** <br><br> **Judy Oxford** <br> **400 Sugartree Lane #520** <br> **Franklin TN 37064** | | | **Business Debt** | | | | **47,154.33** |
| ACCOUNT NO.   **X3003** <br><br> **Waste Connection Inc** <br> **621 E Brooks** <br> **Memphis TN 38116-3011** | | | **Business Debt** | | | | **1,200.00** |
| ACCOUNT NO.   **X2063/X2066** <br><br> **Waste Management** <br> **P.O. Box 105453** <br> **Atlanta GA 30348-5453** | | | **Business Debt** | | | | **1,580.32** |
| ACCOUNT NO. <br><br> **Wells Fargo** <br> **800 Walnut St** <br> **Des Moines IA 50309** | | | **Business Debt** | | | | **4,325.58** |

_43_   Continuation sheets attached

Sheet no. _40_ of _43_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                **54,260.23**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                        Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **X8039** | | | | | | | **10,000.00** |
| **Wells Fargo Equipment Finance P.O. Box 7777 San Francisco CA 94120** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **9,743.00** |
| **WFLA/Channel 8 4002 West Gandy Blvd Tampa FL 33611** **Szabo Assoc Inc 3355 Lenox Rd NE Ste 945 Atlanta GA 30326-1332** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **4,037.50** |
| **WFTS TV 4045 North Himes Ave Tampa FL 33607** | | | **Business Debt** | | | | |
| ACCOUNT NO. | | | | | | | **4,162.50** |
| **WFTS TV P.O. Box 5380 Cincinnati OH 45201** | | | **Business Debt** | | | | |

  43   Continuation sheets attached

Sheet no.  41  of  43  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | **27,943.00** |

| | | |
|---|---|---|
| Total ➤ | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**                                    Case No. _____
                    _____
                              **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**WMC FM100**<br>**1835 Moriah Woods Blvd**<br>**Memphis TN 38117** | | | **Business Debt** | | | | 5,000.00 |
| ACCOUNT NO.<br><br>**WMCTV 5**<br>**P.O. Drawer 11407**<br>**Drawer 0422**<br>**Birmingham AL 35248-0422** | | | **Business Debt** | | | | 23,000.00 |
| ACCOUNT NO.<br><br>**Wright of Thomasville**<br>**5115 Prospect St**<br>**Thomasville NC 27360** | | | **Business Debt** | | | | 5,000.00 |
| ACCOUNT NO.<br><br>**WSI**<br>**1435 Henry Brennan**<br>**El Paso TX 79936** | | | **Business Debt** | | | | 0.00 |
| ACCOUNT NO.<br><br>**YRC Freight**<br>**P.O. Box 93151**<br>**Chicago IL 60673-3151**<br><br>**RMS**<br>**P.O. Box 523**<br>**Richfield OH 44286** | | | **Business Debt** | | | | 4,008.09 |

_43_  Continuation sheets attached

Sheet no. _42_ of _43_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $  **37,008.09**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael W. Kent**
_____                    Case No. _____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Zeb Sales 26000 Cannon Rd Celveland OH 44146** | | | Business Debt | | | | 2,500.00 |
| ACCOUNT NO. **Zep Sales & Service 860 Nestle Way #200 Breinigsville PA 18031** | | | Business Debt | | | | 917.62 |
| ACCOUNT NO. **Zurich Insurance Co P.O. Box 968020 Schaumburg IL 60196-802** | | | Business Debt | | | | 33,886.00 |

                43   Continuation sheets attached

Sheet no.  43  of  43  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                 Subtotal  ➤ $          37,303.62

                                                                     Total  ➤ $       4,268,308.50

                                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable on the Statistical
                                           Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re: **Michael W. Kent**                                    Case No. _____
_____                                **(If known)**
                        **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Northern Leasing**<br>**132 W 31st St 14th Fl**<br>**New York NY 10001-3405** | **Reject All Leases** |

**B6H (Official Form 6H) (12/07)**

In re: **Michael W. Kent** _____    Case No. _____
                        **Debtor**                                      **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

In re  **Michael W. Kent**_____,   Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **14** |
| | **Daughter** | **12** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales Rep** | **Hairdresser** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,073.33 | $ | 8,000.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,073.33 | $ | 8,000.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 345.58 | $ | 2,000.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 345.58 | $ | 2,000.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,727.75 | $ | 6,000.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,727.75 | $ | 6,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 7,727.75** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

B6J (Official Form 6J) (12/07)

In re **Michael W. Kent**                                    ,          Case No. _____
_____                                    (If known)
                        **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,466.00 |
| a. Are real estate taxes included?   Yes ✓   No _____ | | |
| b. Is property insurance included?   Yes ✓   No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 500.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 240.00 |
| d. Other **Cable** | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | |
| c. Health | $ | 150.00 |
| d. Auto | $ | 150.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 1,576.00 |
| b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other**School Expenses** | $ | 200.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,582.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 7,727.75 |
| b. Average monthly expenses from Line 18 above | $ | 7,582.00 |
| c. Monthly net income (a. minus b.) | $ | 145.75 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## Western District of Tennessee

In re  **Michael W. Kent** _____,    Case No. _____

_____  Debtor

Chapter  _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $   1,476,149.00 | | |
| B - Personal Property | YES | 3 | $   3,700.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 7 | | $   2,169,872.55 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $   461,754.01 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 44 | | $   4,268,308.50 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $   7,727.75 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $   7,582.00 |
| TOTAL | | 66 | $   1,479,849.00 | $   6,899,935.06 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of Tennessee

In re   **Michael W. Kent**                                          ,       Case No. _____
                                                    Debtor            Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  **461,754.01** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  **0.00** |
| Student Loan Obligations (from Schedule F) | $  **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $  **0.00** |
| TOTAL | $  **461,754.01** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  **7,727.75** |
| Average Expenses (from Schedule J, Line 18) | $  **7,582.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  **12,040.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  **9,481.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  **157,825.82** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY'" column | | $  **282,484.19** |
| 4. Total from Schedule F | | $  **4,268,308.50** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  **4,560,273.69** |

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Western District of Tennessee

In re   **Michael W. Kent** _____          Case No. _____
                          Debtor                                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

    ❏   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❏   Active military duty in a military combat zone.

    ❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

        **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael W. Kent**
                       **Michael W. Kent**

Date:  **3/27/2013**

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Tennessee**

In re:  **Michael W. Kent**                                                                  ,          Case No. _____

                                        Debtor                                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | Employment | 2011 |
| | Employment | 2012 |

### 2.  Income other than from employment or operation of business

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None

☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **House Note** | | | |
| **Vehicle Note** | | | |

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within  **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kimbrough Crossing LLC vs Debtor** <br> **2012-CV.1080** | | **Tipton General Sessions** | **Judgment** |
| **Stop Alarm, Inc, vs Debtor** <br> **1524947** | | **General Sessions** | **Judgment** |
| **Kingdown Inc vs Debtor** <br> **6958** | | **Tipton Cty Circuit** | |
| **Shrela, Ltd vs Debtor** <br> **559,539-C** | | **LA Judicial District Ct** | **Judgment** |
| **Datrat LLC vs Debtor** <br> **28,718** | | **Tipton Chancery** | |
| **B&B Cash Grocery Stores vs Debtor** <br> **12-CA-008470, Div D** | | **Hillsborough FL Circuit** | **Judgment** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within  **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None

☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Independant Bank**<br>**5050 Poplar Ave., #112**<br>**Memphis TN 38157** | **03/01/2013** | **2008 Range Rover** |

### 6.  Assignments and receiverships

None

☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None

☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None

☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ben G. Sissman** | | **Retainer fee for Filing Chapter 7 Bankruptcy** |
| **GreenPath, Inc.** | | |

## 10.  Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑   **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within  **90 days** preceding
☑   the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None   List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **American Closeout Wh LLC** | **2008 Chevrolet Silverado** | |

## 15.  Prior address of debtor

None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
☑   debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16.  Spouses and Former Spouses

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑   California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within  **eight years**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None

☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **American Closeout Wholesale LLC** | | | **Sales** | |
| **Plantation Home LLC** | | | **Sales** | |

None

☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

### 19. Books, records and financial statements

None

☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

**Gail Kent**

**John Cameron**

None

☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None

☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS

**Gale Kent**

None

☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

8

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**Debtor**

**Tiffany Kent**

## 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

9

### 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND               TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  3/27/2013

Signature
of Debtor

/s/ Michael W. Kent
Michael W. Kent

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee

In re _____**Michael W. Kent**_____ ,        Case No. _____
                           Debtor                                                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**Ally** | **Describe Property Securing Debt:**<br><br>**Truck** |

Property will be *(check one)*:
    ❑ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❑ Redeem the property
    ❑ Reaffirm the debt
    ❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ❑ Claimed as exempt          ☑ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br><br>**Colson Services SBA** | **Describe Property Securing Debt:**<br><br>**Warehouse Property located at 974 Highway 51 N Covington TN owned as Tenant by the Entirety w/Wife** |

Property will be *(check one)*:
    ☑ Surrendered      ❑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❑ Redeem the property
    ❑ Reaffirm the debt
    ❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ❑ Claimed as exempt          ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                 Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**First Citizens National Bank** | **Describe Property Securing Debt:**<br>**Pool** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**First Citizens National Bank** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**First Citizens National Bank** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                                    Page 3

Property is *(check one)*:
    ☐ Claimed as exempt                ☑ Not claimed as exempt

---

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br><br>**First Citizens National Bank** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
        ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
        ☐ Redeem the property
        ☐ Reaffirm the debt
        ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt                ☑ Not claimed as exempt

---

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br><br>**First Data Leasing** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
        ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
        ☐ Redeem the property
        ☐ Reaffirm the debt
        ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt                ☑ Not claimed as exempt

---

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br><br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**POS System - Summer Ave. location** |

B 8 (Official Form 8) (12/08)                                                                                              Page 4

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  9 | |
|---|---|
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**POS System - Winchester location** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**Cordova** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                      Page 5

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**Bartlett location** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**Brandon FL** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                 Page 6

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 14 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **First Data Leasing** | **POS System - Shreveport LA** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 15 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **First Data Leasing** | **POS System - Atoka** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 16 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **First Data Leasing** | **POS System - Millington** |

B 8 (Official Form 8) (12/08)                                                                                 Page 7

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 17 | |
| --- | --- |
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**POS System - Union Avenue** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 18 | |
| --- | --- |
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**POS System - Little Rock AR** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                          Page 8

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**POS System - Perkins** |

Property will be *(check one)*:
    ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt       ☑ Not claimed as exempt

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**First Data Leasing** | **Describe Property Securing Debt:**<br>**POS** |

Property will be *(check one)*:
    ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt       ☑ Not claimed as exempt

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit** | **Describe Property Securing Debt:**<br>**Vehicle - has been surrendered to lienholder** |

Property will be *(check one)*:
    ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 22 | |
|---|---|
| **Creditor's Name:**<br><br>**Furniture Manufacturers Credit Asso.** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 23 | |
|---|---|
| **Creditor's Name:**<br><br>**GE Capital** | **Describe Property Securing Debt:**<br><br>**Copier** |

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 24 | |
|---|---|
| **Creditor's Name:**<br><br>**Great American Lease** | **Describe Property Securing Debt:** |

B 8 (Official Form 8) (12/08)

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt              ☑ Not claimed as exempt

| Property No. 25 | |
|---|---|
| **Creditor's Name:**<br>**Great American Leasing** | **Describe Property Securing Debt:**<br>**Camera System** |

Property will be *(check one)*:
- ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt              ☑ Not claimed as exempt

| Property No. 26 | |
|---|---|
| **Creditor's Name:**<br>**Greentree** | **Describe Property Securing Debt:**<br>**8400 Sartori Drive Millington TN owned as Tenant by the Entirety w/wife** |

Property will be *(check one)*:
- ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt              ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 27 | |
|---|---|
| **Creditor's Name:**<br><br>**Independant Bank** | **Describe Property Securing Debt:**<br><br>**Land Rover** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 28 | |
|---|---|
| **Creditor's Name:**<br><br>**Leaf** | **Describe Property Securing Debt:**<br><br>**Camera System** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 29 | |
|---|---|
| **Creditor's Name:**<br><br>**Leaf** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                 Page 12

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 30 | |
|---|---|
| **Creditor's Name:**<br><br>**Northern Leasing System** | **Describe Property Securing Debt:**<br><br>**Verifone terminal check imager** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 31 | |
|---|---|
| **Creditor's Name:**<br><br>**Patriot Bank** | **Describe Property Securing Debt:**<br><br>**Warehouse Property located at 974 Highway 51 N Covington TN owned as Tenant by the Entirety w/Wife** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 32 | |
|---|---|
| **Creditor's Name:**<br><br>**Xerox Corporation** | **Describe Property Securing Debt:** |

B 8 (Official Form 8) (12/08)                                                                                    Page 13

Property will be *(check one)*:

    ☑ Surrendered        ❑ Retained

If retaining the property, I intend to *(check at least one)*:

    ❑ Redeem the property

    ❑ Reaffirm the debt

    ❑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

    ❑ Claimed as exempt        ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Northern Leasing** | **Describe Leased Property:**<br><br>**Reject All Leases** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES   ☑ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **3/27/2013**                                    **/s/ Michael W. Kent**

                                             **Michael W. Kent**

                                             Signature of Debtor

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Michael W. Kent**                                                    Case No. _____

_____                                                    **(If known)**
**Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**68**_____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **3/27/2013** _____        Signature: **/s/ Michael W. Kent** _____

                                                                    **Michael W. Kent**

                                                                    Debtor

                                                    [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**B 201A** (Form 201A) (11/11)

---

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure .

**B 201B** (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re  Michael W. Kent                                    Case No. _____

              **Debtor**

                                                            Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice, as required by § 342(b) of the Bankruptcy Code.

| Michael W. Kent | X **/s/ Michael W. Kent** | **3/27/2013** |
|---|---|---|
| Printed Name of Debtor | **Michael W. Kent** | |
| | Signature of Debtor | Date |
| Case No. (if known) _____ | | |

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

---

**In re**

**Michael W. Kent**

**Case No.**

**Debtor(s)**

**Chapter  7**

---

## DEBTOR'S CERTIFICATION PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iii)(II)

---

I (we) the undersigned individual debtor(s) certify that I (we) have received and read the Clerk's Notice Under 11 U.S.C. § 341(b) to Individual Debtors Whose Debts are Primarily Consumer Debts.


**/s/ Michael W. Kent**

**Michael W. Kent**

Debtor / Pro Se


**3/27/2013**

Date

Misc052

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Western District of Tennessee

In re:   **Michael W. Kent**

Debtor

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **1,500.00** |
   | Prior to the filing of this statement I have received | $ | **1,500.00** |
   | Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
       my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
       attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **U.S. Trustee Audit or Complaints or Motions Objecting to Discharge.  Fee does not Include any Adversary Cases**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **3/27/2013**

**/s/ Ben G. Sissman** _____

**Ben G. Sissman, Bar No.  7689**

**Law Office of Ben G. Sissman**
Attorney for Debtor(s)