**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| In re:     **MICHAEL W. KENT** | Case No. 13-23288 |
| **Debtor.** | Chapter 13 |

**UNITED STATES TRUSTEE'S MOTION FOR EXAMINATION OF DEBTOR
PURSUANT TO FED. R. BANKR. P. 2004
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

In accordance with L. Bankr. R. 2004-1(a)(2), the United States Trustee for Region 8 ("U.S. Trustee"), by and through the undersigned counsel, hereby moves for an examination of the Debtor, Michael W. Kent ("Debtor"), and requests the production of documents pursuant to Fed. R. Bankr. P. 2004.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the U.S. Trustee prays that the Court authorize examination to be recorded by electronic recording systems on **Thursday, August 15, 2013 at 1:00 p.m. at 200 Jefferson Ave., Suite 400, Memphis, TN 38103**, and that the Debtor be required to produce the documents and things indicated in attached **Exhibit A** by no later than **Monday, August 12, 2013, 2013 at 5:00 p.m.**, to the United States Trustee's office at 200 Jefferson Ave., Suite 400, Memphis, TN 38103 or via email to Carrie.A.Rohrscheib@usdoj.gov. If documents are sent via email, documents may have to be sent in several emails due to size restrictions, and the sending party is responsible for confirming email receipt of all documents.

For any, and each, enumerated request for production of documents to which the Debtor cannot produce documents in response to the request, the U.S. Trustee requests that the Debtor

Document Page 2 of 2

complete and sign a narrative Statement, as attached (and reproducible) as **Exhibit B**, and return such statement to the U.S. Trustee with the Debtor's document production.

        Respectfully submitted,
        SAMUEL K. CROCKER
        UNITED STATES TRUSTEE FOR REGION 8

By: /s/ Carrie Ann Rohrscheib (#022991)
        Trial Attorney
        U.S. Department of Justice
        Office of the U.S. Trustee
        200 Jefferson Avenue, Suite 400
        Memphis, TN 38103
        (901) 544-3303

## CERTIFICATE OF SERVICE

I, Carrie Ann Rohrscheib, hereby certify that on July 11, 2013, a true and exact copy of the foregoing has been sent electronically or via United States Postal Service, first class postage prepaid, to the following persons.

Michael W. Kent
8400 Sartori Drive
Millington, TN 38053-4816

Debtor's Attorney
Chapter 7 Trustee

        /s/ Carrie Ann Rohrscheib (#022991)