# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| In re:     MICHAEL W. KENT | Case No. 13-23288 |
| Debtor. | Chapter 7 |

### UNITED STATES TRUSTEE'S MOTION FOR EXAMINATION OF DEBTOR PURSUANT TO FED. R. BANKR. P. 2004 AND REQUEST FOR PRODUCTION OF DOCUMENTS

In accordance with L. Bankr. R. 2004-1(a)(2), the United States Trustee for Region 8 ("U.S. Trustee"), by and through the undersigned counsel, hereby moves for an examination of the Debtor, Michael W. Kent ("Debtor"), and requests the production of documents pursuant to Fed. R. Bankr. P. 2004.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the U.S. Trustee prays that the Court authorize examination to be recorded by electronic recording systems on **Thursday, August 15, 2013 at 1:00 p.m. at 200 Jefferson Ave., Suite 400, Memphis, TN 38103**, and that the Debtor be required to produce the documents and things indicated in attached **Exhibit A** by no later than **Monday, August 12, 2013, 2013 at 5:00 p.m.**, to the United States Trustee's office at 200 Jefferson Ave., Suite 400, Memphis, TN 38103 or via email to Carrie.A.Rohrscheib@usdoj.gov.  If documents are sent via email, documents may have to be sent in several emails due to size restrictions, and the sending party is responsible for confirming email receipt of all documents.

For any, and each, enumerated request for production of documents to which the Debtor cannot produce documents in response to the request, the U.S. Trustee requests that the Debtor

complete and sign a narrative Statement, as attached (and reproducible) as **Exhibit B**, and return such statement to the U.S. Trustee with the Debtor's document production.

>
> Respectfully submitted,
> SAMUEL K. CROCKER
> UNITED STATES TRUSTEE FOR REGION 8

By:   /s/ Carrie Ann Rohrscheib (#022991)
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
(901) 544-3303

## CERTIFICATE OF SERVICE

I, Carrie Ann Rohrscheib, hereby certify that on July 11, 2013, a true and exact copy of the foregoing has been sent electronically or via United States Postal Service, first class postage prepaid, to the following persons.

Michael W. Kent
8400 Sartori Drive
Millington, TN 38053-4816

Debtor's Attorney
Chapter 7 Trustee

/s/ Carrie Ann Rohrscheib (#022991)