**Dated: July 15, 2013**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

In re:        MICHAEL W. KENT                    Case No. 13-23288
                                                 Chapter 7
              Debtor.

_____

ORDER GRANTING UNITED STATES TRUSTEE'S
MOTION FOR EXAMINATION OF DEBTOR
PURSUANT TO FED. R. BANKR. P. 2004
AND REQUEST FOR PRODUCTION OF DOCUMENTS

This matter coming before the Court upon the Motion for Examination of Debtor and Request for Document Production Pursuant to Fed R. Bankr. P. 2004 ("Motion") filed by the United States Trustee for Region 8 ("U.S. Trustee"), and upon the entire record herein.

It appears to the Court that cause exists to grant the motion.

ACCORDINGLY, the Motion shall be and is hereby granted, pursuant to F.R.B.P. 2004 and L.B.R. 2004-1; the Debtor, Michael W. Kent ("Debtor") shall appear and an examination be conducted and recorded by electronic recording systems on **Thursday, August 15, 2013 at 1:00 p.m. at 200 Jefferson Ave., Suite 400, Memphis, TN 38103**, and that the Debtor is

required to produce the documents identified in detail in **Exhibit A** to the U.S. Trustee's Motion by no later than **Monday, August 12, 2013 at 5:00 p.m.**, to the United States Trustee's office at 200 Jefferson Ave., Suite 400, Memphis, TN 38103 or via email to Carrie.A.Rohrscheib@usdoj.gov. If documents are sent via email, documents may have to be sent in several emails due to size restrictions, and the sending party is responsible for confirming email receipt of all documents.

For any and each enumerated request for production of documents to which the Debtor cannot produce documents in response to the request, the Debtor shall complete and sign a narrative Statement attached as **Exhibit B** to the U.S. Trustee's Motion and return such statement to the U.S. Trustee with the Debtor's document production.

This order is entered without prejudice as to the Debtor moving to quash, vacate, or modify this order prior to the deadline to produce said documents.

**APPROVED FOR ENTRY:**

SAMUEL K. CROCKER
UNITED STATES TRUSTEE FOR REGION 8

By:   /s/ Carrie Ann Rohrscheib (#022991)
       Trial Attorney
       U.S. Department of Justice
       Office of the U.S. Trustee
       200 Jefferson Avenue, Suite 400
       Memphis, TN 38103
       (901) 544-3303

**PERSONS TO BE SERVED WITH FINAL ORDER:**

Debtor
Debtor's Counsel
Chapter 7 Trustee

United States Bankruptcy Court
Western District of Tennessee

In re:                                                                      Case No. 13-23288-gwe
Michael W. Kent                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0651-2          User: april              Page 1 of 2              Date Rcvd: Jul 16, 2013
                              Form ID: pdford02        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
db        Michael W. Kent,    8400 Sartori Drive,    Millington, TN 38053-4816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**               **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0651-2          User: april              Page 2 of 2                  Date Rcvd: Jul 16, 2013
                              Form ID: pdford02        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:

```
          Ben G. Sissman    on behalf of Defendant Michael W. Kent bensissman@aol.com
          Ben G. Sissman    on behalf of Debtor Michael W. Kent bensissman@aol.com
          Carrie Ann  Rohrscheib    on behalf of U.S. Trustee    U.S. Trustee carrie.a.rohrscheib@usdoj.gov
          Clifton E. Darnell    on behalf of Creditor   Patriot Bank c-darnell@mindspring.com
          Edward L. Montedonico    elmlaw@bellsouth.net, emontedonico@ecf.epiqsystems.com
          Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Labor & Workforce
           Development-Unemployment Ins. agbankboswell@ag.tn.gov,
           gina.hantel@ag.tn.gov;agbankwdemerson@ag.tn.gov
          Mark D. Johnston    on behalf of Plaintiff   First Citizens National Bank markbkty@bellsouth.net
          Mark D. Johnston    on behalf of Creditor   First Citizens National BANk markbkty@bellsouth.net
          R. Lee Webber    on behalf of Creditor   Independent Bank lee@mortongermany.com
          U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                             TOTAL: 10
```